# EXHIBIT C



# Advertisement Certification Report

The internet advertisement was available on the www.forfeiture.gov web site for at least 18 hours per day between April 19, 2021 and May 18, 2021. Below is a summary report that identifies the results of the web monitoring system's daily check that verifies the advertisement was available each day.

Ad Code: DEA1649
For Asset ID: 21-DEA-674439

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Verification that Advertisement existed on Web Site |
|---|---|---|
| 1 | 04/19/2021 | Verified |
| 2 | 04/20/2021 | Verified |
| 3 | 04/21/2021 | Verified |
| 4 | 04/22/2021 | Verified |
| 5 | 04/23/2021 | Verified |
| 6 | 04/24/2021 | Verified |
| 7 | 04/25/2021 | Verified |
| 8 | 04/26/2021 | Verified |
| 9 | 04/27/2021 | Verified |
| 10 | 04/28/2021 | Verified |
| 11 | 04/29/2021 | Verified |
| 12 | 04/30/2021 | Verified |
| 13 | 05/01/2021 | Verified |
| 14 | 05/02/2021 | Verified |
| 15 | 05/03/2021 | Verified |
| 16 | 05/04/2021 | Verified |
| 17 | 05/05/2021 | Verified |
| 18 | 05/06/2021 | Verified |
| 19 | 05/07/2021 | Verified |
| 20 | 05/08/2021 | Verified |
| 21 | 05/09/2021 | Verified |
| 22 | 05/10/2021 | Verified |
| 23 | 05/11/2021 | Verified |
| 24 | 05/12/2021 | Verified |
| 25 | 05/13/2021 | Verified |
| 26 | 05/14/2021 | Verified |
| 27 | 05/15/2021 | Verified |
| 28 | 05/16/2021 | Verified |
| 29 | 05/17/2021 | Verified |
| 30 | 05/18/2021 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

## LEGAL NOTICE
## ATTENTION

The Drug Enforcement Administration (DEA) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. See 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the DEA pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. See 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the Drug Enforcement Administration, Forfeiture Counsel, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, VA 22152.

**LAST DATE TO FILE: 06/18/2021**

**EASTERN DISTRICT OF PENNSYLVANIA**
**21-DEA-674439:** $66,420.00 U.S. Currency, seized by the DEA on February 04, 2021 from Shaun J. Curry in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. 881.



## Advertisement Certification Report

The internet advertisement was available on the www.forfeiture.gov web site for at least 18 hours per day between April 19, 2021 and May 18, 2021. Below is a summary report that identifies the results of the web monitoring system's daily check that verifies the advertisement was available each day.

Ad Code: DEA1649
For Asset ID: 21-DEA-674442

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Verification that Advertisement existed on Web Site |
| --- | --- | --- |
| 1 | 04/19/2021 | Verified |
| 2 | 04/20/2021 | Verified |
| 3 | 04/21/2021 | Verified |
| 4 | 04/22/2021 | Verified |
| 5 | 04/23/2021 | Verified |
| 6 | 04/24/2021 | Verified |
| 7 | 04/25/2021 | Verified |
| 8 | 04/26/2021 | Verified |
| 9 | 04/27/2021 | Verified |
| 10 | 04/28/2021 | Verified |
| 11 | 04/29/2021 | Verified |
| 12 | 04/30/2021 | Verified |
| 13 | 05/01/2021 | Verified |
| 14 | 05/02/2021 | Verified |
| 15 | 05/03/2021 | Verified |
| 16 | 05/04/2021 | Verified |
| 17 | 05/05/2021 | Verified |
| 18 | 05/06/2021 | Verified |
| 19 | 05/07/2021 | Verified |
| 20 | 05/08/2021 | Verified |
| 21 | 05/09/2021 | Verified |
| 22 | 05/10/2021 | Verified |
| 23 | 05/11/2021 | Verified |
| 24 | 05/12/2021 | Verified |
| 25 | 05/13/2021 | Verified |
| 26 | 05/14/2021 | Verified |
| 27 | 05/15/2021 | Verified |
| 28 | 05/16/2021 | Verified |
| 29 | 05/17/2021 | Verified |
| 30 | 05/18/2021 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

## LEGAL NOTICE
## ATTENTION

The Drug Enforcement Administration (DEA) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. See 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the DEA pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. See 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the Drug Enforcement Administration, Forfeiture Counsel, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, VA 22152.

**LAST DATE TO FILE: 06/18/2021**

**EASTERN DISTRICT OF PENNSYLVANIA**
**21-DEA-674442:** $55,000.00 U.S. Currency, seized by the DEA on February 04, 2021 from Shaun J. Curry in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. 881.