# EXHIBIT D



# PETITION DETAILS

**Tracking Number:** 213O-628-AAA-5E0
**Filed on:** May 12, 2021
**Petitioner:** Curry, Shaun
**Filed By:** Earl, Douglas

## Documents included:

* Standard Online Petition Form
* Sworn Notice - 5.12.21 Petition for Remission-Mitigation Form ID. 21-DEA-674439.pdf
* Signed Petition - 5.12.21 Petition to Claim Seized $66k U.S. Currency.pdf

05/12/2021



# PETITION FOR REMISSION/MITIGATION FORM

**Note**: There is no legal form or format required for filing a petition; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingPetition.htm for more specific guidance on filing your petition with the appropriate seizing agency.

**Frivolous Petition Statement:** A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United Sates Code Section 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your petition for remission and/or mitigation. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system records notice listed above.

213O-628-AAA-5E0

05/12/2021

 

## SECTION I - CONTACT INFORMATION

| PETITIONER INFORMATION | | |
|---|---|---|
| **Petitioner/Contact Name:** (Last, First)<br>Curry, Shaun | | |
| **Business/Institution Name:** (if applicable) | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br>1128 South 19th Street, Apt B<br>Philadelphia, PA 19146 | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) | | |
| **Phone:** (optional)<br>2678080657 | **Email:** (optional)<br>shauncurry89@yahoo.com | |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name:** (Last, First)<br>Earl, Douglas | |
| **Attorney Title:**<br>Mr. | |
| **Firm Name:** (if applicable)<br>Law Office of Douglas P. Earl, LLC | |
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>1015 Chestnut Street, Suite 902<br>Philadelphia, PA 19107 | |
| **Are you an attorney filing this petition on behalf of your client?**  ☒ Yes  ☐ No | |
| **Attorney Phone:** (optional)<br>2156275970 | **Attorney Email:** (optional)<br>dpearlattorney@aol.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

213O-628-AAA-5E0

05/12/2021



## SECTION II - ASSET LIST

*You must identify your role for each asset in your petition. Please review the role definitions below.*

| ROLE INFORMATION (multiple roles may apply to each asset) | |
|---|---|
| **Owner** | The person in whom primary title is vested or whose interest is manifested by the actual and beneficial use of the property, even though the title is vested in another. A victim of an offense, as defined in this section, may also be an owner if he or she has a present legally cognizable ownership interest in the property forfeited. A nominal owner of property will not be treated as its true owner if he or she is not its beneficial owner. |
| **Victim** | A person who has incurred a pecuniary loss as a direct result of the commission of the offense underlying a forfeiture. A drug user is not considered a victim of a drug trafficking offense under this definition. A victim does not include one who acquires a right to sue the perpetrator of the criminal offense for any loss by assignment, subrogation, inheritance or otherwise from the actual victim, unless that person has acquired an actual ownership interest in the forfeited property; provided however, that if a victim has received compensation from insurance or any other source with respect to a pecuniary loss, remission may be granted to the third party who provided the compensation, up to the amount of the victim's pecuniary loss. |
| **Lienholder** | A creditor whose claim or debt is secured by a specific right to obtain satisfaction against the particular property subject to forfeiture. A lien creditor qualifies as a lienholder if the lien: <br><br>(1) Was established by operation of law or contract; <br><br>(2) Was created as a result of an exchange of money, goods, or services; and <br><br>(3) Is perfected against the specific property forfeited for which remission or mitigation is sought (e.g., a real estate mortgage; a mechanic's lien). |

*Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.*

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | 21-DEA-674439 | $66,420.00 U.S. Currency, SN: **** seized by the DEA on February 4, 2021 in Philadelphia, PA. | [X] | ☐ | ☐ |

 

## SECTION III - INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

### INTEREST IN PROPERTY INFORMATION

| Asset ID | Asset Description |
|---|---|
| 21-DEA-674439 | $66,420.00 U.S. Currency, SN: ****  seized by the DEA  on February 4, 2021 in Philadelphia, PA. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**

Shaun J. Curry lawfully held the 66,420.00 in U.S. Currency that was seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. The $66,420.00 in U.S. Currency belongs to Mr. Curry and his possession of said property did not violate 21 U.S. Code § 881 - Forfeitures.

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

[X] I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

[ ] I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

[ ] None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

Additional information may supplement this petition.

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

[ ] YES      [X] NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances:**

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Additional information may supplement this petition.

2130-628-AAA-5E0

05/12/2021

 

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

|  |
|---|
| Petition electronically signed by the attorney for the petitioner |
| **Signature** |
| Earl, Douglas |
| **Printed Name** |
| 5/12/21 |
| **Date** |

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

|  |
|---|
| Petition electronically signed by the attorney for the petitioner |
| **Signature** |
| Curry, Shaun |
| **Printed Name** |
| 5/12/21 |
| **Date** |

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

**Attached Documents:**

* Sworn Notice - 5.12.21 Petition for Remission-Mitigation Form ID. 21-DEA-674439.pdf
* Signed Petition - 5.12.21 Petition to Claim Seized $66k U.S. Currency.pdf

2130-628-AAA-5E0                                                                                                  05/12/2021

 # PETITION FOR REMISSION/MITIGATION FORM

**Note**: There is no legal form or format required for filing a petition; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingPetition.htm for more specific guidance on filing your petition with the appropriate seizing agency.

**Frivolous Petition Statement:** A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United Sates Code Section 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your petition for remission and/or mitigation. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system records notice listed above.



## SECTION I - CONTACT INFORMATION

| PETITIONER INFORMATION | | |
|---|---|---|
| **Petitioner/Contact Name:** (Last, First) <br> Curry, Shaun | | |
| **Business/Institution Name:** (if applicable) | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) <br> 1128 South 19th Street, Apt B <br> Philadelphia, PA 19146 | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) <br> ▮▮▮▮ | | |
| **Phone:** (optional) <br> 2678080657 | **Email:** (optional) <br> shauncurry89@yahoo.com | |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name:** (Last, First) <br> Earl, Douglas | |
| **Attorney Title:** <br> Mr. | |
| **Firm Name:** (if applicable) <br> Law Office of Douglas P Earl, LLC | |
| **Attorney Address:** (Include Street, City, State, and Zip Code) <br> 1015 Chestnut Street <br> Suite 902 <br> PHILADELPHIA, PA 19107 | |
| Are you an attorney filing this petition on behalf of your client?   [X] Yes   [ ] No | |
| **Attorney Phone:** (optional) <br> 2156275970 | **Attorney Email:** (optional) <br> dpearlattorney@aol.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

 

## SECTION II - ASSET LIST

*You must identify your role for each asset in your petition. Please review the role definitions below.*

| ROLE INFORMATION (multiple roles may apply to each asset) | |
|---|---|
| Owner | The person in whom primary title is vested or whose interest is manifested by the actual and beneficial use of the property, even though the title is vested in another. A victim of an offense, as defined in this section, may also be an owner if he or she has a present legally cognizable ownership interest in the property forfeited. A nominal owner of property will not be treated as its true owner if he or she is not its beneficial owner. |
| Victim | A person who has incurred a pecuniary loss as a direct result of the commission of the offense underlying a forfeiture. A drug user is not considered a victim of a drug trafficking offense under this definition. A victim does not include one who acquires a right to sue the perpetrator of the criminal offense for any loss by assignment, subrogation, inheritance or otherwise from the actual victim, unless that person has acquired an actual ownership interest in the forfeited property; provided however, that if a victim has received compensation from insurance or any other source with respect to a pecuniary loss, remission may be granted to the third party who provided the compensation, up to the amount of the victim's pecuniary loss. |
| Lienholder | A creditor whose claim or debt is secured by a specific right to obtain satisfaction against the particular property subject to forfeiture. A lien creditor qualifies as a lienholder if the lien: <br><br> (1) Was established by operation of law or contract; <br><br> (2) Was created as a result of an exchange of money, goods, or services; and <br><br> (3) Is perfected against the specific property forfeited for which remission or mitigation is sought (e.g., a real estate mortgage; a mechanic's lien). |

*Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.*

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | 21-DEA-674442 | $55,000.00 U.S. Currency, SN: **** seized by the DEA on February 4, 2021 in Philadelphia, PA. | X | ☐ | ☐ |



## SECTION III - INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DEA-674442 | $55,000.00 U.S. Currency, SN: ****   seized by the DEA  on February 4, 2021 in Philadelphia, PA. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**

Shaun J. Curry lawfully held the $55,000.00 in U.S. Currency that was seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. The $55,000.00 U.S. Currency belongs to Mr. Curry and his possession of said property did not violate 21 U.S. Code § 881 - Forfeitures.

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

[X]  I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

[ ]  I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

[ ]  None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

Additional information may supplement this petition.

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

[ ] YES     [X] NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances:**

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Additional information may supplement this petition.

213O-DC3-AFF-38A

05/12/2021



## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

**Signature**

Earl, Douglas

**Printed Name**

5/12/21

**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

**Signature**

Curry, Shaun

**Printed Name**

5-12-21

**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

**Attached Documents:**



DRUG ENFORCEMENT AGENCY

Forfeiture Counsel
Drug Enforcement Administration
Asset Forfeiture Section
8701 Morrissette Drive,
Springfield, Virginia 22152

**Re:**   **Asset I.D. No. 21-DEA-674439**

## PETITION TO CLAIM SEIZED $66,420.00 U.S. CURRENCY AND TO CONTEST THE SEIZURE OF SAID PROPERTY

Dear Forfeiture Counsel's Office:

Shaun J. Curry's interest in the property is that he lawfully held the $66,420.00 in U.S. Currency that was seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. The $66,420.00 in U.S. Currency belongs to Mr. Curry and his possession of said property did not violate 21 U.S. Code § 881 - Forfeitures. Attached as Exhibit A is the Notice of Seizure of Property and Initiation of Administrative Proceedings.

Sincerely,

Douglas P. Earl
Counsel for Shaun J. Curry

28 U.S.C. 1746 -- UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

I, Shaun J. Curry, do hereby declare:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   5/12/21

Shaun J. Curry

# EXHIBIT A



**U.S. Department of Justice**

Drug Enforcement Administration

Shaun J. Curry
1128 South 19th Street
Apartment #B
Philadelphia, PA 19146

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** April 2, 2021 | **Asset ID Number:** 21-DEA-674439 |
| **Notice Letter ID:** 250174 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** $66,420.00 U.S. Currency | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

### TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. **What to File:** You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

Shaun J. Curry                                   Notice of Seizure

J. **Online Petition Exclusions**: If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM. *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim**: A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **May 07, 2021**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims**: If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **May 07, 2021** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions**: If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release**: The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
   - Claimant has a possessory interest in the property;
   - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   - Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship**: A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

# PETITION DETAILS

**Tracking Number:** 213O-DC3-AFF-38A
**Filed on:** May 12, 2021
**Petitioner:** Curry, Shaun
**Filed By:** Earl, Douglas

## Documents included:

* Standard Online Petition Form
* Sworn Notice - 5.12.21 Petition for Remission-Mitigation Form ID. 21-DEA-674442.pdf
* Signed Petition - 5.12.21 Petition to Claim Seized $55k U.S. Currency.pdf

05/12/2021

 **PETITION FOR REMISSION/MITIGATION FORM**

**Note**: There is no legal form or format required for filing a petition; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingPetition.htm for more specific guidance on filing your petition with the appropriate seizing agency.

**Frivolous Petition Statement:** A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United Sates Code Section 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your petition for remission and/or mitigation. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system records notice listed above.

213O-DC3-AFF-38A

05/12/2021

 

## SECTION I - CONTACT INFORMATION

| PETITIONER INFORMATION | | |
|---|---|---|
| **Petitioner/Contact Name:** (Last, First)<br>Curry, Shaun | | |
| **Business/Institution Name:** (if applicable) | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br>1128 South 19th Street, Apt B<br>Philadelphia, PA 19146 | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) | | |
| **Phone:** (optional)<br>2678080657 | **Email:** (optional)<br>shauncurry89@yahoo.com | |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name:** (Last, First)<br>Earl, Douglas | |
| **Attorney Title:**<br>Mr. | |
| **Firm Name:** (if applicable)<br>Law Office of Douglas P Earl, LLC | |
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>1015 Chestnut Street<br>Suite 902<br>PHILADELPHIA, PA 19107 | |
| Are you an attorney filing this petition on behalf of your client? | [X] Yes    [ ] No |
| **Attorney Phone:** (optional)<br>2156275970 | **Attorney Email:** (optional)<br>dpearlattorney@aol.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

2130-DC3-AFF-38A

05/12/2021



## SECTION II - ASSET LIST

*You must identify your role for each asset in your petition. Please review the role definitions below.*

| ROLE INFORMATION (multiple roles may apply to each asset) | |
|---|---|
| **Owner** | *The person in whom primary title is vested or whose interest is manifested by the actual and beneficial use of the property, even though the title is vested in another. A victim of an offense, as defined in this section, may also be an owner if he or she has a present legally cognizable ownership interest in the property forfeited. A nominal owner of property will not be treated as its true owner if he or she is not its beneficial owner.* |
| **Victim** | *A person who has incurred a pecuniary loss as a direct result of the commission of the offense underlying a forfeiture. A drug user is not considered a victim of a drug trafficking offense under this definition. A victim does not include one who acquires a right to sue the perpetrator of the criminal offense for any loss by assignment, subrogation, inheritance or otherwise from the actual victim, unless that person has acquired an actual ownership interest in the forfeited property; provided however, that if a victim has received compensation from insurance or any other source with respect to a pecuniary loss, remission may be granted to the third party who provided the compensation, up to the amount of the victim's pecuniary loss.* |
| **Lienholder** | *A creditor whose claim or debt is secured by a specific right to obtain satisfaction against the particular property subject to forfeiture. A lien creditor qualifies as a lienholder if the lien:*<br><br>*(1) Was established by operation of law or contract;*<br><br>*(2) Was created as a result of an exchange of money, goods, or services; and*<br><br>*(3) Is perfected against the specific property forfeited for which remission or mitigation is sought (e.g., a real estate mortgage; a mechanic's lien).* |

*Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.*

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | 21-DEA-674442 | $55,000.00 U.S. Currency, SN: ****<br>seized by the DEA on February 4, 2021 in<br>Philadelphia, PA. | ☒ | ☐ | ☐ |

2130-DC3-AFF-38A

05/12/2021

 

## SECTION III - INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DEA-674442 | $55,000.00 U.S. Currency, SN: **** seized by the DEA on February 4, 2021 in Philadelphia, PA. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**

Shaun J. Curry lawfully held the $55,000.00 in U.S. Currency that was seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. The $55,000.00 U.S. Currency belongs to Mr. Curry and his possession of said property did not violate 21 U.S. Code § 881 - Forfeitures.

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

[X] I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

[ ] I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

[ ] None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

Additional information may supplement this petition.

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

[ ] YES     [X] NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances:**

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Additional information may supplement this petition.

213O-DC3-AFF-38A

05/12/2021



## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.


## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____  Petition electronically signed by the attorney for the petitioner

**Signature**

_____  Earl, Douglas

**Printed Name**

_____  5/12/21

**Date**

### Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____  Petition electronically signed by the attorney for the petitioner

**Signature**

_____  Curry, Shaun

**Printed Name**

_____  5/12/21

**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.


**Attached Documents:**

* Sworn Notice - 5.12.21 Petition for Remission-Mitigation Form ID. 21-DEA-674442.pdf
* Signed Petition - 5.12.21 Petition to Claim Seized $55k U.S. Currency.pdf

213O-DC3-AFF-38A

05/12/2021



# PETITION FOR REMISSION/MITIGATION FORM

**Note**: There is no legal form or format required for filing a petition; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingPetition.htm for more specific guidance on filing your petition with the appropriate seizing agency.

**Frivolous Petition Statement:** A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United Sates Code Section 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your petition for remission and/or mitigation. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system records notice listed above.

 

## SECTION I - CONTACT INFORMATION

| PETITIONER INFORMATION | | |
|---|---|---|
| **Petitioner/Contact Name:** (Last, First)<br>Curry, Shaun | | |
| **Business/Institution Name:** (if applicable) | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br>1128 South 19th Street, Apt B<br>Philadelphia, PA 19146 | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)<br>███████ | | |
| **Phone:** (optional)<br>2678080657 | **Email:** (optional)<br>shauncurry89@yahoo.com | |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name:** (Last, First)<br>Earl, Douglas | |
| **Attorney Title:**<br>Mr. | |
| **Firm Name:** (if applicable)<br>Law Office of Douglas P Earl, LLC | |
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>1015 Chestnut Street<br>Suite 902<br>PHILADELPHIA, PA 19107 | |
| **Are you an attorney filing this petition on behalf of your client?**    [X] Yes    [ ] No | |
| **Attorney Phone:** (optional)<br>2156275970 | **Attorney Email:** (optional)<br>dpearlattorney@aol.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

05/12/2021

# SECTION II - ASSET LIST

You must identify your role for each asset in your petition. Please review the role definitions below.

| ROLE INFORMATION (multiple roles may apply to each asset) | |
|---|---|
| **Owner** | The person in whom primary title is vested or whose interest is manifested by the actual and beneficial use of the property, even though the title is vested in another. A victim of an offense, as defined in this section, may also be an owner if he or she has a present legally cognizable ownership interest in the property forfeited. A nominal owner of property will not be treated as its true owner if he or she is not its beneficial owner. |
| **Victim** | A person who has incurred a pecuniary loss as a direct result of the commission of the offense underlying a forfeiture. A drug user is not considered a victim of a drug trafficking offense under this definition. A victim does not include one who acquires a right to sue the perpetrator of the criminal offense for any loss by assignment, subrogation, inheritance or otherwise from the actual victim, unless that person has acquired an actual ownership interest in the forfeited property; provided however, that if a victim has received compensation from insurance or any other source with respect to a pecuniary loss, remission may be granted to the third party who provided the compensation, up to the amount of the victim's pecuniary loss. |
| **Lienholder** | A creditor whose claim or debt is secured by a specific right to obtain satisfaction against the particular property subject to forfeiture. A lien creditor qualifies as a lienholder if the lien: (1) Was established by operation of law or contract; (2) Was created as a result of an exchange of money, goods, or services; and (3) Is perfected against the specific property forfeited for which remission or mitigation is sought (e.g., a real estate mortgage; a mechanic's lien). |

Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | 21-DEA-674442 | $55,000.00 U.S. Currency, SN: **** seized by the DEA on February 4, 2021 in Philadelphia, PA. | X | ☐ | ☐ |



## SECTION III - INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DEA-674442 | $55,000.00 U.S. Currency, SN: ****  2021 in Philadelphia, PA.                    seized by the DEA  on February 4, |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**

Shaun J. Curry lawfully held the $55,000.00 in U.S. Currency that was seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. The $55,000.00 U.S. Currency belongs to Mr. Curry and his possession of said property did not violate 21 U.S. Code § 881 - Forfeitures.

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

[X]  I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

[ ]  I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

[ ]  None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

Additional information may supplement this petition.

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

[ ]  YES      [X]  NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances:**

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Additional information may supplement this petition.



## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
Earl, Douglas
**Printed Name**

_____
5/12/21
**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
Curry, Shaun
**Printed Name**

_____
5-12-21
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

**Attached Documents:**

213O-DC3-AFF-38A                    Page 5                    05/12/2021

Shaun J. Curry                                          Notice of Seizure

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM. *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.
B. **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST on May 07, 2021.** *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.
C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.
G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.
H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.
I. **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **May 07, 2021** may result in the property being forfeited to the United States.
J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release:** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.
B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
   • Claimant has a possessory interest in the property;
   • Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   • Government's continued possession will cause a substantial hardship to the claimant.
C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

DRUG ENFORCEMENT AGENCY

Forfeiture Counsel
Drug Enforcement Administration
Asset Forfeiture Section
8701 Morrissette Drive,
Springfield, Virginia 22152

**Re:   Asset I.D. No. 21-DEA-674442**

### PETITION TO CLAIM SEIZED $55,000.00 U.S. CURRENCY AND TO CONTEST THE SEIZURE OF SAID PROPERTY

Dear Forfeiture Counsel's Office:

Shaun J. Curry's interest in the property is that he lawfully held the $55,000.00 in U.S. Currency that was seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania. The $55,000.00 in U.S. Currency belongs to Mr. Curry and his possession of said property did not violate 21 U.S. Code § 881 - Forfeitures. Attached as Exhibit A is the Notice of Seizure of Property and Initiation of Administrative Proceedings.

Sincerely,

Douglas P. Earl
Counsel for Shaun J. Curry

28 U.S.C. 1746 -- UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

I, Shaun J. Curry, do hereby declare:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   5/12/21

Shaun J. Curry

# EXHIBIT A



**U.S. Department of Justice**

Drug Enforcement Administration

Shaun J. Curry
1128 South 19th Street
Apartment #B
Philadelphia, PA 19146

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| Notice Date: April 2, 2021 | Asset ID Number: 21-DEA-674442 |

Notice Letter ID: 250182 (use ID when searching for assets during online filing)

Description of Seized Property: $55,000.00 U.S. Currency

Seizure Date and Location: The asset(s) referenced in this notice letter were seized on February 4, 2021 by the DEA at Philadelphia, Pennsylvania.

Forfeiture Authority: The forfeiture of this property has been initiated pursuant to 21 USC 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.

TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. **What to File:** You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

Shaun J. Curry                                    Notice of Seizure

   J   **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM. *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

   A.   **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

   B.   **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **May 07, 2021**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

   C.   **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

   D.   **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

   E   **Supporting Evidence.** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

   F.   **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

   G.   **When You File a Claim.** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

   H.   **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

   I.   **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **May 07, 2021** may result in the property being forfeited to the United States.

   J.   **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

   A.   **Hardship Release.** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.

   B.   **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

   C.   **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.