# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN CURRY, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | No. 22-cv-299 |
| *Defendant.* | : | |
| | : | |

## ORDER

**AND NOW,** this **28th** day of **July, 2022,** upon consideration of Defendant's Motion to Dismiss (ECF No. 6), Plaintiff's Response in Opposition (ECF No. 7), and the arguments made by counsel at Oral Argument held before the Hon. Chad F. Kenney on July 5, 2022 (*see* ECF No. 14 Tr.), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) will be **DISMISSED, in its entirety, with prejudice.**

The Clerk of Court is hereby directed to close the above-captioned matter.

BY THE COURT:

/s/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**